UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RICKEY KIMBRIEL, on behalf of himself and all others similarly situated, PAULA KIMBRIEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABB, INC. and BALDOR ELECTRIC COMPANY,<br><br>Defendants. | **JUDGMENT**<br>5:19-CV-215-BO |

**Decision by Court.**
This matter is before the Court on defendants' motion to dismiss plaintiffs' complaint. [DE 15].

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motion to dismiss [DE 15] for lack of subject-matter jurisdiction is GRANTED and plaintiffs' complaint is DISMISSED. Plaintiffs' consent motion [DE 22] is DENIED.

This case is closed.

**This judgment filed and entered on October 1, 2019, and served on:**
Joe Leniski (via CM/ECF Notice of Electronic Filing)
Narendra Ghosh (via CM/ECF Notice of Electronic Filing)
Curtis Shipley (via CM/ECF Notice of Electronic Filing)
Jeffrey Young (via CM/ECF Notice of Electronic Filing)
Kelly Dagger (via CM/ECF Notice of Electronic Filing)
Lenor Segal (via CM/ECF Notice of Electronic Filing)
Scottie Lee (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

October 1, 2019

  /s/Lindsay Stouch
By: Deputy Clerk