FILED: January 24, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2243
(5:19-cv-00215-BO)

_____

RICKEY KIMBRIEL AND PAULA KIMBRIEL, individually, and on behalf of all others similarly situated

        Plaintiffs - Appellants

v.

ABB, INC.; BALDOR ELECTRIC COMPANY, n/k/a ABB Motors and Mechanical, Inc.

        Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*